UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY WAYNE CIGGS,<br><br>        Petitioner,<br><br>    v.<br><br>W.D. MONTGOMERY,<br><br>        Respondent. | Case No. 5:21-cv-01832-FWS-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition") and all of the records herein, including the May 2, 2022 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

    IT IS ORDERED that (1) the Motion to Dismiss is granted; (2) the Petition and this action are dismissed with prejudice as barred by the statute of limitations; (3) alternatively, the Petition is denied on its merits and this action is dismissed with prejudice on such basis; and (4) Judgment be entered accordingly.

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on petitioner and counsel for respondent.

IT IS SO ORDERED.

DATED: June 10, 2022

_____
HONORABLE FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE