JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY WAYNE CIGGS, | Case No. 5:21-cv-01832-FWS-JC |
| Petitioner, | |
| v. | |
| W.D. MONTGOMERY, | JUDGMENT |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that (1) the Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition") and this action are dismissed with prejudice as time-barred; and (2) alternatively, the Petition is denied on the merits and this action is dismissed with prejudice on such basis.

IT IS SO ADJUDGED.

DATED: June 10, 2022

_____
HONORABLE FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE